Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;<br><br>Plaintiffs,<br><br>v.<br><br>EL CAMINO PAVING, INC., a California corporation; MONICA ALVA, an individual; MARIE SANTELLAN ALVA, an individual; MELISSA ALVA CAMPOS, an individual; STEPHANIE ALVA, an individual.<br><br>Defendants. | Case No.: C11-4019 SC<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:         December 9, 2011<br>Time:        10:00 a.m.<br>Courtroom:  1, 17th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102<br>Judge:       The Honorable Samuel Conti |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for December 9, 2011, at 10:00 a.m., be continued for approximately sixty (60) days, as follows:

1.  A Complaint was filed in this action on August 16, 2011 for contributions due to the Trust Funds for work performed by Defendant El Camino Paving, Inc.'s employees.

2.  Prior to service, Defendant requested a payment plan to satisfy all amounts due. The payment plan was in the form of a Stipulated Judgment ("Stipulation"). Defendant was provided with the Stipulation, and pursuant to Plaintiff Trust Funds' policy, also requested that the officers of the company personally guarantee all amounts due on the Stipulation.

3.  Defendant submitted one payment towards the Stipulation, but has refused to

1  execute the agreement.

2      4.    On November 14, 2011, Plaintiffs filed an Amended Complaint against Defendant
3  El Camino Paving, Inc., naming all individual officers associated with the company.  An
4  Amended Summons naming all Defendants was issued on November 15, 2011.

5      5.    Plaintiffs are in the process of serving all Defendants.

6      6.    There are therefore no issues that need to be addressed at the currently scheduled
7  conference.

8      7.    Therefore, Plaintiffs respectfully request that the Case Management Conference be
9  continued for approximately sixty (60) days in order to allow Plaintiffs time to complete service of
10 the Amended Complaint and Summons on all named Defendants, and allow time for Defendants
11 to file an Answer to the Amended Complaint.

12 Date:   December 1, 2011                  SALTZMAN & JOHNSON
13                                         LAW CORPORATION

14                               By:    _____/s/_____
15                                         Michele R. Stafford
                                        Attorneys for Plaintiffs
16

17
ORDER
18
The Case Management Conference currently scheduled for December 9, 2011 at 10:00 a.m. is
19
hereby continued to March 9, 2012.  All related deadlines are extended accordingly.
20

21
Date:12/2/2011                                                  _____
22                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28